UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBIN CARMICHAEL et al.                    CIVIL ACTION

VERSUS                                     NO:09-5615

RIVER BARGE EXCURSION LINES                SECTION: "J" (3)
INC. and M/V RIVER EXPLORER


**ORDER**


Before the Court is Defendant's **Motion to Dismiss Claims for Nonpecuniary Damages** (Rec. D. 8).

Defendant RiverBarge Excursion Lines, Inc. operates the RIVER EXPLORER, a "cruise ship" consisting of a tow boat and two barges with hotel accomodations.  The vessel operates on various inland rivers of the United States.  Plaintiffs, along with their now deceased mother, were passengers aboard the RIVER EXPLORER. On or about August 14, 2008, while the vessel was on the Ohio River in Pennsylvania, their mother was injured while disembarking from the vessel.  Plaintiffs allege that, as a result of her injuries, their mother later died.  Plaintiffs have filed suit seeking recovery for loss of consortium, loss of material services and support, loss of love, companionship and affection.

Defendant seeks dismissal of plaintiffs' claims for nonpecuniary damages pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Defendant contends that recovery for nonpecuniary damages is barred under general maritime law, as construed by the Supreme Court in <u>Miles v. Apex Marine Corp.</u>, 498

U.S. 19 (1990).

However, defendant fails to cite or recognize the Supreme

Court's subsequent holding in <u>Yamaha Motor Corp. v. Calhoun</u>, 516

U.S. 199 (U.S. 1996), which allowed a non-seafarer's survivors to

recover non-pecuniary damages through state law supplementation

of general maritime law.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss (Rec. D. 8)

is **DENIED.**

**IT IS FURTHER ORDERED** that the oral argument set for March

3, 2010 is **CANCELED.**

New Orleans, Louisiana, this the 26th day of February, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE